UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-141

No. 26-2374

Subramanyam Vedam,
Appellant

v.

Facility Administrator Moshannon Valley Processing, et al

(W.D. Pa. No. 3:26-cv-00651)

Present: MASCOTT, *Circuit Judge*

1. Motion filed by Appellees Acting Attorney General United States of America, Director U.S. Citizenship & Immigration Services Philadelphia Field Office, Facility Administrator Moshannon Valley Processing Center and Secretary U.S. Department of Homeland Security for Extension of Time to file response brief until/for 60 days;

2. RESPONSE of Opposition to Respondent's Extension Request filed by Appellant Subramanyam Vedam.

Respectfully,
Clerk

ORDER

The foregoing is GRANTED.

By the Court,

s/ Jennifer L. Mascott
Circuit Judge

Dated: October 15, 2026
amr/Cc: All counsel of record